# United States District Court
## Southern District of Georgia

SHARON COVERSON,

    Plaintiff,

                                       JUDGMENT IN A CIVIL CASE

V.                            CASE NUMBER: CV315-009

CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on February 18, 2016, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Court REVERSES and REMANDS this case to the Acting Commissioner for further consideration. This case is CLOSED.



February 18, 2016                                       Scott L. Poff
*Date*                                                   *Clerk*

                                                                           *(By) Deputy Clerk*